1  MARC S. HURD (SBN 130667)
   mhurd@tiedtlaw.com
2  **TIEDT & HURD**
   980 Montecito Drive, Suite 209
3  Corona, California  92879
   Telephone: (951) 549-9400
4  Facsimile: (951) 549-9800

5  Attorneys for Plaintiff, JAMES M. RYAN

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. RYAN,            ) | **CASE NO.:** ED CV 12-0106 DOC (DTBx) |
| Plaintiff,                ) | |
| vs.                       ) | **ORDER GRANTING REMAND** |
| BURLINGTON NORTHERN SANTA ) | |
| FE, LLC a/k/a and/or doing business as ) | |
| BNSF RAILWAY; MARK        ) | The Honorable DAVID O. CARTER, |
| KIRSCHINGER, and individual; ) | Judge Presiding |
| ROBERT LEASE, an individual; and ) | |
| DOES 1 through 15, inclusive , ) | |
| Defendants,               ) | |

Upon stipulation of the parties, and upon request of the Plaintiff, JAMES M. RYAN, and good cause appearing, IT IS HEREBY ORDERED, that the above captioned matter that the above-entitled action shall be and is hereby remanded to the Superior Court for the County of San Bernardino.

IT IS SO ORDERED.

Dated:  April 18, 2012

*[signature: David O. Carter]*

The Honorable DAVID O. CARTER,
United States District Court Judge

**LAW OFFICES**
**TIEDT & HURD**

1
**ORDER GRANTING REMAND**

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF RIVERSIDE** )

I, Jill Husk, state that I am employed in the aforesaid County, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 980 Montecito Drive, Suite 209, Corona, California, 92879.

On April 17, 2012, I served the foregoing [PROPOSED] **ORDER GRANTING REMAND** on the interested parties by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Corona, California, addressed as follows and/or by one of the methods of service as follows:

**Attorneys for Defendants, Burlington Northern Santa Fe, LLC, BNSF Railway Co., Mark J. Kirschinger, and Robert Lease**
Ronald W. Novotny
Kristen N. Silverman
**ATKINSON, ANDELSON, LOYA, RUUD & ROMO**
12800 Center Court Drive, Suite 300
Cerritos, CA  90703-9364
Tel:  (562) 653-3200
Fax:  (562) 653-3333

 X   **BY MAIL**: I am readily familiar with this firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service the same day in the ordinary course of business pursuant to Code of Civil Procedure section 1013(a).

___  **BY FAX**: In addition to service by mail as set forth above, a copy of said document(s) were also delivered by facsimile transmission to the addressee pursuant to Code of Civil Procedure section 1013(e).

___  **BY PERSONAL SERVICE**: I caused to be hand-delivered said document(s) to the office of the addressee, using an attorney service, pursuant to Code of Civil Procedure section 1011.

___  **BY EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an Express Mail DropBox to be delivered the following business day pursuant to Code of Civil Procedure section 1013(c).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on April 17, 2012, at Corona, California.

_____
Jill Husk